## SADIE STEARN v. HERMAN MIKOLAS.[1]

June 13, 1913.

Nos. 18,127—(183).

**Reformation of lease.**

Action to reform a lease. *Held:* The decision in favor of defendant was sustained by the evidence. [Reporter.]

Action in the district court for Hennepin county to reform a written lease. The case was tried before Steele, J., who made findings of fact and ordered judgment dismissing the action. From an order denying plaintiff's motion for a new trial, he appealed. Affirmed.

*Bardwell & Levy,* for appellant.

*Henry E. Barnes,* for respondent.

PER CURIAM.

The plaintiff, having leased certain premises in the city of Minneapolis to the defendant for a term of years, brought this action to reform the written contract of lease, by changing the terms of one of the provisions therein, on the ground that this provision was inserted in its present form by inadvertence and mistake. The trial court found that the plaintiff understood and assented to the provision in question at the time she executed the lease, and that she is not entitled to the relief sought. The only question involved is one of fact, and, as the evidence is ample to support the findings of the trial court, the order appealed from is affirmed.